UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA MAROULIS, | ) | CASE NO. 4:21-CV-846 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | **JOINT DISMISSAL,** |
| | ) | **WITH PREJUDICE** |
| JK MOVING & STORAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, through counsel, pursuant to Rule 41 (a)(1)(B) of the Rules of Civil Procedure, hereby dismiss all claims pending in this matter, with prejudice.

The Parties will bear their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/Brad Levine (per consent)* | */s/Katie Lynn Zorc* |
| Stephan Voudris, Esq. (0055795) | Katie Lynn Zorc (0092714) |
| Brad Levine (0090286) | **REMINGER CO., L.P.A.** |
| Voudris Law, LLC | 101 Prospect Avenue West, Suite 1400 |
| 8401 Chagrin Road, Suite 8 | Cleveland, Ohio 44115-1093 |
| Chagrin Falls, Ohio 44023 | P: 216-430-2314 |
| Phone: 440-543-0670 | F: 216-687-1841 |
| Fax: 440-543-0721 | KZorc@reminger.com |
| svoudris@voudrislaw.com | |
| blevine@voudrislaw.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |

**IT IS SO ORDERED.**

| | |
|---|---|
| August 17, 2021 | /s/ John R. Adams |
| DATE | JUDGE JOHN R. ADAMS |